# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Reed D. Willis Hr.**

    **Debtor(s)**

**BK NO. 26-02119 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank Trust, National Association, not in its individual capacity, but solely as Owner Trustee for VRMTG Asset Trust and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
31 Jul 2026, 15:38:12, EDT

   KML Law Group, P.C.
   BNY Mellon Independence Center
   701 Market Street, Suite 5000
   Philadelphia, PA 19106
   215-627-1322

Document ID: 396c3741a6933eb5d1a1bd9793680f6977fa9c5f235d1e12969de718d09f832