United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 26-02119-HWV

Reed D. Willis, Jr. Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1

Date Rcvd: Jul 30, 2026          Form ID: orfeedue          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

**Recip ID          Recipient Name and Address**
db          +   Reed D. Willis, Jr., 4945 Deer Path Drive, Huntingdon, PA 16652-7753

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

**Name          Email Address**

Jack N Zaharopoulos

     ecf@pamd13trustee.com

United States Trustee

     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Reed D. Willis Jr.

**Debtor(s)**

Chapter 13

Case number 1:26−bk−02119−HWV

Document Number: 1

### Order Filing Fee Due

Finding that the fee in the amount of **$313.00** assessed in connection with the filing of the above referenced bankruptcy petition, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **August 6, 2026.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 30, 2026

orfeedue(05/26)