UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>REED D. WILLIS, JR.<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>REED D. WILLIS, JR.<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:26-BK-02119-HWV |

**TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

AND NOW, on 17th day of August, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. §§ 521 and 1307(c) due to failure to file documents and in support of this Motion, your Trustee states as follows:

1. On July 29, 2026, Debtor filed a Petition under Chapter 13 in the Middle District of Pennsylvania.

2. This Motion to Dismiss has been filed for the following reason(s):

- The above-captioned Debtor(s) has/have failed to file documents to complete the Petition pursuant to bankruptcy rules 1007, 3015, and § 521 by failing to file necessary documents in a timely manner, namely the following:

a. 106Sum - Summary of Your Assets and Liabilities and Certain Statistical Information;
b. 106Dec - Declaration About an Individual Debtor's Schedules;
c. 106A/B - Schedule A/B: Property;
d. 106C - Schedule C: The Property You Claim as Exempt;
e. 106D - Schedule D: Creditors Who Have Claims Secured by Property;
f. 106E/F - Schedule E/F: Creditors Who Have Unsecured Claims;
g. 106G - Schedule G: Executory Contracts and Unexpired Leases;
h. 106H - Schedule H: Your Codebtors;
i. 106I - Schedule I: Your Income;
j. 106J - Schedule J: Your Expenses;
k. 107 - Statement of Financial Affairs for Individuals Filing for Bankruptcy;
l. Employee Income Records (Payment Advices) - received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007-1(c) (Individual Cases Only). Social Security Number should be redacted;
m. 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period;
n. 122C-2 - Chapter 13 Calculation of Your disposable Income; and
o. Chapter 13 Plan. Local Bankruptcy Form 3015-1.

3. Movant believes, and therefore avers, that under the circumstances, Debtor demonstrated substantial abuse and a lack of good faith pursuant to §§ 521 and 1307(c).

4. If upon receipt of this Motion and the Notice, Debtor files the missing documents on or before the response date specified on said Notice, or an Order granting a Motion for extension of time is granted, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee respectfully requests this Honorable Court to:

1. Dismiss this case in accordance with §§ 521 and 1307(c); and

2. Grant such further relief as this Honorable Court deems just and proper.

Respectfully submitted,

Date: 08/17/2026

*/s/ Douglas R. Roeder, Esquire*

Attorney ID: 80016
Attorney for
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Telephone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>REED D. WILLIS, JR.<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>REED D. WILLIS, JR.<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:26-BK-02119-HWV |

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss your Chapter 13 bankruptcy filing.

If you object to the relief requested, you must file a written objection/response on or before **August 31, 2026**, with the Clerk of Bankruptcy Court:

Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

If you file and serve an objection/response within the time permitted, a hearing will be held on **September 09, 2026 at 9:35 AM** at :

**Sylvia H. Rambo U.S. Courthouse**
**Courtroom No. 4B, Fourth Floor**
**1501 North 6th Street**
**Harrisburg, PA 17102**

If you do not file an objection/response within the time permitted, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and may grant the relief requested.

Respectfully submitted

Date: 08/17/2026

*/s/ Douglas R. Roeder, Esquire*

Attorney ID: 80016
Attorney for
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Telephone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>REED D. WILLIS, JR.<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>REED D. WILLIS, JR.<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:26-BK-02119-HWV |

**ORDER DISMISSING CHAPTER 13 CASE**

Upon consideration of the Trustee's Motion to Dismiss Case, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>REED D. WILLIS, JR.<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>REED D. WILLIS, JR.<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:26-BK-02119-HWV |

## CERTIFICATE OF SERVICE

AND NOW, this 17th day of August, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail from Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES
TRUSTEE
SYLVIA H. RAMBO UNITED STATES
COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

REED D. WILLIS, JR.
4945 DEER PATH DRIVE
HUNTINGDON, PA 16652

*/s/ Ashley Schott*
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee